# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JAMES BARKER, | ) No. CV 07-7573-VAP (PLA) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| OFFICER GONZALES, et al., | ) |
| Defendants. | ) |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 14, 2008

*/s/ Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE